# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Elie Nasser

v.                                            Case Number: 4:18–cv–04695

Finance of America Reverse LLC, et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Judge George C Hanks, Jr**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1610436028?pwd=NlltMHlwOEFBUkU3aWZyWi82dEJ2dz09*
Meeting phone number:
Meeting ID: 161 043 6028
Meeting Password: 240630

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 10/15/2021

**TIME:** 11:30 AM

**TYPE OF PROCEEDING:** Status Conference

Date:   October 7, 2021                                            Nathan Ochsner, Clerk