UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Elie Nasser | § | |
| | § | |
| *versus* | § | Case Number: 4:18−cv−04695 |
| | § | |
| Finance of America Reverse LLC, et al. | § | |

# Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

    Canceled setting: Status Conference

    Date and Time: 10/15/2021 at 11:30 AM by video

Date: October 12, 2021

                                                                           Nathan Ochsner, Clerk