United States District Court
Southern District of Texas
**ENTERED**
November 03, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ELIE NASSAR<br>*Plaintiff,*<br><br>v.<br><br>REVERSE MORTGAGE SOLUTIONS, INC.;<br>FINANCE OF AMERICA REVERSE, LLC;<br>and FIRST NATIONAL BANK OF<br>LAYTON,<br>*Defendants.* | CIVIL ACTION NO. 4:18-cv-04695 |

**ORDER DENYING**
**PLAINTIFF'S MOTION FOR DEEMED ADMISSIONS AND MOTION FOR SANCTIONS**
[Related to Docket No. 243]

CAME ON for hearing the Motion for Deemed Admissions and Motion for Sanctions (the "Motion") [Docket No. 243] filed by Plaintiff Elie Nassar against Defendants Celink ("Celink") and Reverse Mortgage Solutions, Inc. ("RMS" and with Celink, collectively, "Defendants"). On November 1, 2021, the Court held a status conference and heard oral arguments regarding the Motion. Having considered the Motion, RMS's and Celink's Response and Objection, the evidence presented, Plaintiff's and Defendants' arguments, and the file and Court's Docket herein, the Court finds that the Motion should be DENIED. It is, therefore,

**ORDERED** that Plaintiff's Motion at Docket No. 243 shall be, and the same hereby is DENIED.

**ORDERED** that there are no deemed admissions with respect to Defendants Celink and RMS.

ENTERED on this 2nd day of November, 2021.

THE HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

1