UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ELIE NASSER, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-4695 |
| § | |
| FINANCE OF AMERICA REVERSE LLC, § | |
| *et al*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

This action was tried to a jury before the undersigned, and the jury has rendered a verdict for the defendants. Accordingly, it is **ORDERED** that:

1. Plaintiff Dr. Eli Nassar recover nothing from the defendants;

2. The action be dismissed on the merits; and

3. The defendants may recover their costs from the plaintiff.

SIGNED at Houston, Texas on March 31, 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE